# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TERRANCE PRUDE,

    Plaintiff,

v.

SARAH COOPER, AIMEE WILSON, LT. TRITT, NURSE LARSON, MARK JENSEN, GWENDOLYN A. VICK, DR. MANLOVE, and ANTHONY MELI,

    Defendants.

Case No. 18-CV-550-JPS

**ORDER**

On May 7, 2018, Plaintiff filed a notice of voluntary dismissal of this action without prejudice. (Docket #10). As Defendants have not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). As the Court previously noted, this dismissal will not be counted as a "strike" pursuant to 28 U.S.C. § 1915(g).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of dismissal (Docket #10) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 8th day of May, 2018.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge